No. 961, Misc. PATILLO v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Walter R. Jones,* Deputy Attorney General, for respondent.

No. 1026, Misc. JAMES v. SUPERIOR COURT OF THE COUNTY OF LOS ANGELES. Ct. App. Cal., 2d App. Dist. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, and *Robert M. Snader,* Deputy Attorney General, for Real Estate Commissioner, real party in interest.

No. 1077, Misc. BEATTIE v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, and *Edward P. O'Brien,* and *Louise H. Renne,* Deputy Attorneys General, for respondent.

No. 1081, Misc. BONNER v. ILLINOIS. Sup. Ct. Ill. Certiorari denied. *Sam Adam, R. Eugene Pincham,* and *Earl E. Strayhorn* for petitioner. *William G. Clark,* Attorney General of Illinois, and *John J. O'Toole* and *Donald J. Veverka,* Assistant Attorneys General, for respondent.

No. 1119, Misc. RUIZ v. FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied. *Earl Faircloth,* Attorney General of Florida, and *Harold Mendelow,* Assistant Attorney General, for respondent.

No. 1364, Misc. SHEPPARD v. CALIFORNIA ET AL. Sup. Ct. Cal. Certiorari denied.